**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON JEREMY OHM,<br><br>    Defendant. | Case No. 3:18-cr-00012-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |

      IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JASON JEREMY OHM and Acting United States Attorney SUE FAHAMI, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for February 18, 2025, at 11:00 AM, be vacated and continued to March 18, 2025, at 11:30 AM.

      This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 10th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Sean A. McClelland*<br>    SEAN A. MCCLELLAND<br>    Assistant Federal Public Defender<br>    Counsel for JASON JEREMY OHM | By */s/ Andrew Keenan*<br>    ANDREW KEENAN<br>    Assistant United States Attorney<br>    Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for February 18, 2025, at 11:00 AM, be vacated and continued to March 18, 2025, at 11:30 AM in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED**.

DATED this 11th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE